**IIN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**George Cole Jernigan**

**Case No.: 4:26-CR-00007-CDL-AGH-1**

## ORDER on Motion to Continue

Defendant was indicted on April 15, 2026, ECF. 1, and arraigned on May, 2026, ECF.13. A Pretrial Conference is currently scheduled for August 4, 2026. Defendant requests a continuance and the government does not oppose. Specifically, additional time is needed to conduct investigationand discuss the government's case in chief with Mr. Jernigan.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the Court's **December 2026** term of Court, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 21st day of July, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA