**IIN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**George Cole Jernigan** | **Case No.: 4:26-CR-00007-CDL-AGH-1** |

## ORDER

Defendant was indicted on April 15, 2026, ECF. 1, and arraigned on May, 2026, ECF.13. A Pretrial Conference is currently scheduled for August 4, 2026. Defendant requests a continuance to the Court's March 2027 jury trial term, and the government does not oppose. Specifically, additional time is needed to conduct investigation and discuss the government's case in chief with Mr. Jernigan.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act. This case shall be part of the Court's March 2027 trial term.

SO ORDERED, this 9th day of October, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA